UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD LYNN MARTIN,

        Petitioner,                      Case No. 24-cv-11256
                                                      Hon. Matthew F. Leitman

v.

MATT COLE,

        Respondent.
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED** that the petition for a writ of habeas corpus is **DISMISSED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **GRANTED**.

                                                        KINIKIA ESSIX
                                                        CLERK OF COURT

                                  By:    s/Holly A. Ryan
                                            Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: July 16, 2024
Detroit, Michigan