UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD LYNN MARTIN,

      Petitioner,
                                        Case No. 24-cv-11256
                                        Hon. Matthew F. Leitman

v.

MATT COLE,

      Respondent.
_____/

**ORDER DENYING PETITIONER'S
MOTION FOR RECONSIDERATION (ECF No. 7)**

      On May 6, 2024, Petitioner Donald Lynn Martin filed a petition for a writ of habeas corpus in this Court pursuant to 28 U.S.C. § 2241. (*See* Pet., ECF No. 1.) The Court dismissed the petition on July 16, 2024. (*See* Order, ECF No. 5.) Martin has now filed a motion for reconsideration. (*See* Mot., ECF No. 7.) The Court has carefully reviewed the motion and **DENIES** it because Martin has not persuaded the Court that he is entitled to that relief.

      **IT IS SO ORDERED**.

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: August 12, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 12, 2024, by electronic means and/or ordinary mail.

                                                        s/Holly A. Ryan
                                                        Case Manager
                                                        (313) 234-5126